

[HAWKINS v. SHEAFE[1]]

Thomas Hawkins plaint. against Sampson Sheafe Defend$^t$ in an accion of the case for not performing his promiss which hee the s$^d$ Sheafe made to the s$^d$ Hawkins upon the sealing of a Mortgage, which hee gaue to him of his houses & lands, which was that hee should bee noe looser by him the s$^d$ Sheafe, w$^{ch}$ the s$^d$ Sheafe hath not performed but hath damnified the s$^d$ Hawkins one hundred & eighty pounds by selling his the s$^d$ Hawkins housing for soe much more then what was his due & due interest & all other due damages according to Attachm$^t$ Dated July: 23th 1673. . . . The Jury . . . founde for y$^e$ Defend$^t$ costs of Court.

---

[1] This case should follow Rose v. Young, p. 270, above.